case. The County Court should have permitted the jury to assess the damages and then denied a motion to treble them. An inadvertent demand in the prayer for relief may be disregarded. (See *Giglotti* v. *Hawkins*, 129 Misc. 180.) All concur, except Cunningham, J., not voting. (The judgment dismisses the complaint in a civil action for assault.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICK ANOW, Alias MICHAEL MICHAELSON, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, Attica, New York, Respondent.— Order affirmed, without costs of this appeal to either party. Memorandum: On March 18, 1931, petitioner was sentenced to be imprisoned for not less than fifteen nor more than twenty years for the crime of robbery, first degree. An allowance of seventy-eight days' jail time was endorsed upon the commitment. On November 17, 1932, he was returned from prison, arraigned upon an information charging him with a previous felony conviction and, upon his admitting the charges, the court vacated his indeterminate sentence and imposed sentence as follows; " * * * the said defendant is sentenced to State Prison for the term of thirteen years and four months, the court in imposing this sentence, having deducted one year, eight months, the time served by defendant, under sentence imposed on March 18, 1931, as provided by section 1943 of the Penal Law." We are of the opinion that the petitioner's claim, that this sentence was illegal and void, is without merit. The petitioner further claims that the imposed term has been reduced by commutation and earned compensation, thereby entitling him to be released from custody. His remedy, if any, is by a proceeding pursuant to article 78 of the Civil Practice Act rather than by habeas corpus. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

ELIZABETH CARTER, Appellant, v. BUFFALO STORAGE AND CARTING COMPANY and GAIL SMITH, Respondents. LOUISE E. CARTER, Appellant, v. BUFFALO STORAGE AND CARTING COMPANY and GAIL SMITH, Respondents. JOSEPH C. CARTER, Appellant, v. BUFFALO STORAGE AND CARTING COMPANY and GAIL SMITH, Respondents.— Motion for reargument denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JESSIE RIDER, Appellant, v. WILLIAM LANGO, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

MATILDA RIDER, Appellant, v. WILLIAM LANGO, Respondent.— Motion for reargument denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAYNE MANLEY, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEVE MACK, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.